IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00368-MSK-CBS
RAYMOND E. EMBRY,
    Plaintiff,
v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,
    Defendant.
_____

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**
_____

THIS MATTER, having come before this Court upon the Joint Motion to Dismiss With Prejudice **(#18)** ("Motion") filed by the parties, and the Court having reviewed the Motion and being fully advised in the premises and upon good cause shown,

HEREBY ORDERS that the Motion be and is hereby granted, dismissing this action with prejudice, each party to bear their own costs and fees.

DATED this 26th day of August, 2005.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge